UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JANET S. SPEARS,

           Plaintiff,

    v.

JO ANNE B. BARNHART, Commissioner, Social Security Administration,

           Defendant.

Case No.  C05-5333RBL

ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS*

    The Court, having reviewed the report and recommendation, plaintiff's application to proceed in forma pauperis and the remaining record, hereby finds and ORDERS:

    (1) the Magistrate Judge's report and recommendation is approved and adopted;

    (2) plaintiff's application to proceed in forma pauperis is DENIED; and

    (3) the Clerk is directed to send copies of this Order to petitioner and any other party that has appeared in this action.

    DATED this 8th day of August, 2005.

*[signature: Ronald B. Leighton]*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1