1

2

3

4

5

6

7

8

9          UNITED STATES DISTRICT COURT

10          WESTERN DISTRICT OF WASHINGTON

11  JANET S. SPEARS,                          Civil  No.  C05-5333-RBL

12        Plaintiff,

13     vs.                                     ORDER

14

15  JO ANNE B. BARNHART,
    Commissioner of Social Security,

16

17        Defendant

18

19        Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned

20  case be REVERSED and REMANDED for further administrative proceedings, including a        de

21  novo hearing.  The administrative law judge (ALJ) will further evaluate Plaintiff's 2002-2003

22  work activity with the Division of Vocational Rehabilitation, pursuant to 20 C.F.R. §§ 416.973,

23  974.  In doing so, the ALJ will consider the June 18, 2004 statement by DVR supervisor Nina

24  Cuic and other information in the record suggesting that the work may not have been substantial

25  gainful activity.  The ALJ will re-evaluate Plaintiff's credibility to include consideration of        Ms.

26

27

28  Page 1       ORDER- [C05-5333-RBL]

Cuic's statement.  The ALJ will re-evaluate Plaintiff's residual functional capacity during the entire period at issue, and as necessary, whether she could perform any of her past relevant work or other work in the national economy.  The ALJ will take any other actions necessary to develop the record and issue a new decision.  Plaintiff will be afforded the opportunity to submit additional evidence and argument.

This case is reversed and remanded on the above grounds pursuant to sentence four of 42 U.S.C. § 405(g), and Plaintiff is entitled to reasonable attorney's fees and costs pursuant to 28 U.S.C. § 2412(d), upon proper request to this Court.

DATED this 20th day of December, 2005.

RONALD B. LEIGHTON

UNITED STATES DISTRICT JUDGE

Recommended for Entry:


    s/ Karen L. Strombom
UNITED STATES MAGISTRATE JUDGE


Presented by:

s/ RICHARD A. MORRIS  WSB # 33780
Special Assistant U.S. Attorney
Office of the General Counsel
701 Fifth Avenue, Suite 2900 MS/901
Seattle, Washington 98104-7075
Telephone:  (206) 615-2156
FAX:  (206) 615-2531
Rick. Morris@ssa.gov

Page 2        ORDER- [C05-5333-RBL]